MICHAEL WILLIAM ZEGELIEN
8023 CURRY RD
BILOXI, MS 39532

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

IMAGINE CREDIT
PO BOX 105824
ATLANTA, GA 30348

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CCBANK/NETCREDIT
175 W JACKSON BLVD
CHICAGO, IL 60604

JENIUS BANK
P.O. BOX 71217
PHILADELPHIA, PA 19176

ABOVELEND
ATTN: BANKRUPTCY
141 W JACKSON BLVD
STE 1200
CHICAGO, IL 60604

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

JERALD & KRISTY BASING
9 GARDEN RIDGE RD
MC HENRY, MS 39561

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

JPMCB CARD SERVICES
P.O. BOX 15369
WILMINGTON, DE 19850

AFFIRM
443 IRVING DR
BURBANK, CA 91504

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

LAUNCH SERVICING
P O BOX 91910
SIOUX FALLS, SD 57109

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

LENDMARK FINANCIAL SER
2118 USHER ST.
COVINGTON, GA 30014

BANK OF AMERICA
ATTN: BANKRUPTCY
P.O.BOX 15019
WILMINGTON, DE 19886

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

MEMORIAL HEALTH SYSTEM
PO BOZ 738993
DALLAS, TX 75373

BANK OF MISSOURI
ATTN: BANKRUPTCY
PO BOX 309
PERRYVILLE, MO 63775

ELASTIC
4030 SMITH RD
CINCINNATI, OH 45209

MERRICK BANK
P.O. BOX 9201
OLD BETHPAGE, NY 11804

BEST EGG
ATTN: BANKRUPTCY
PO BOX 42912
PHILADELPHIA, PA 19101

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

MISSION LANE TAB BANK
PO BOX 105286
ATLANTA, GA 30348

REGIONAL FINANCE
ATTN: BANKRUPTCY
979 BATEVILLE RD STE B
GEER, SC 29651

REPUBLIC FINANCE
3200 MALLET RD STE D1
DIBERVILLE, MS 39540

RISE CREDIT
ATTN: BANKRUPTCY
PO BOX 101808
FORT WORTH, TX 76185

SELECT PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 65250
SALT LAKE CITY, UT 84165

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

THE PEOPLE'S BANK
P.O. DRAWER 529
BILOXI, MS 39533-0529