UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:                                                           CASE NO.: 26-51277-KMS
                                                                          CHAPTER 13
**Michael William Zegelien,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2026-MH1 DC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Shellie Labell
    Shellie Labell
    Email: slabell@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL WILLIAM ZEGELIEN
8023 CURRY RD
BILOXI, MS 39532

And via electronic mail to:

**Thomas Carl Rollins, Jr**
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

WARREN A. CUNTZ T1, JR.
P. O. BOX 3749
GULFPORT, MS 39505

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON, MS 39201

By: /s/ Long-Giang Nguyen