Certificate Number: 12433-MSS-DE-041368762

Bankruptcy Case Number: 26-51277

12433-MSS-DE-041368762

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2026, at 4:40 o'clock PM PDT, Michael William Zegelien completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: August 25, 2026

By: /s/Loren Bailey Roberts

Name: Loren Bailey Roberts

Title: Teacher