United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51277-KMS
Michael William Zegelien Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: n032 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael William Zegelien, 8023 Curry Rd, Biloxi, MS 39532-8574 |
| 5706231 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5706243 | + | Elastic, 4030 Smith Rd, Cincinnati, OH 45209-1937 |
| 5706247 | + | Jerald & Kristy Basing, 9 Garden Ridge Rd, Mc Henry, MS 39561-6200 |
| 5706251 | + | Memorial Health System, PO Boz 738993, Dallas, TX 75373-8993 |
| 5706259 | | The People's Bank, P.O. Drawer 529, Biloxi, MS 39533-0529 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5706229 | + | Email/Text: escalations@abovelending.com | Oct 28 2026 20:22:00 | Abovelend, Attn: Bankruptcy, 141 W Jackson Blvd, Ste 1200, Chicago, IL 60604-3191 |
| 5706230 | + | Email/Text: bnc@teampurpose.com | Oct 28 2026 20:22:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5706232 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 20:21:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5706233 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 28 2026 20:21:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5733691 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 28 2026 20:21:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5706234 | + | Email/Text: nlorenz@bankofmissouri.com | Oct 28 2026 20:22:00 | Bank of Missouri, Attn: Bankruptcy, Po Box 309, Perryville, MO 63775-0309 |
| 5710712 | + | Email/Text: famc-bk@1stassociates.com | Oct 28 2026 20:22:00 | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls SD 57106-3657 |
| 5706235 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 28 2026 20:27:12 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5706240 | | Email/Text: bankruptcy_filings@creditninja.com | Oct 28 2026 20:21:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5706236 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 28 2026 20:21:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5706237 | + | Email/Text: netcreditbnc@enova.com | Oct 28 2026 20:22:00 | Ccbank/netcredit, 175 W Jackson Blvd, Chicago, IL 60604-2615 |
| 5706238 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2026 20:27:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5706239 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 28 2026 20:22:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5706241 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2026 20:27:18 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5706242 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 20:27:12 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5706244 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 28 2026 20:22:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5706245 | + | Email/Text: bankruptcy@webbank.com | Oct 28 2026 20:21:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5720757 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 20:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5706246 | | Email/Text: DBU_Lending_Ops@jeniusbank.com | Oct 28 2026 20:22:00 | Jenius Bank, P.o. Box 71217, Philadelphia, PA 19176 |
| 5706248 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2026 20:27:23 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 5721266 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 28 2026 20:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5706249 | | Email/Text: customerservice@launchservicing.com | Oct 28 2026 20:21:11 | Launch Servicing, P O Box 91910, Sioux Falls, SD 57109 |
| 5706250 | | Email/Text: bk@lendmarkfinancial.com | Oct 28 2026 20:21:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 5733697 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5720732 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 20:27:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5706253 | | Email/Text: ml-ebn@missionlane.com | Oct 28 2026 20:21:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 5706252 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 20:27:12 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5734448 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 20:27:18 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5710367 | + | Email/Text: bnc@teampurpose.com | Oct 28 2026 20:22:00 | PURPOSE FINANCIAL, INC, PO BOX 3058, SPARTANBURG SC 29304-3058 |
| 5733477 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 20:22:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5723098 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 20:22:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5706255 | | Email/Text: bankruptcy@republicfinance.com | Oct 28 2026 20:22:00 | Republic Finance, 3200 Mallet Rd Ste D1, Diberville, MS 39540 |
| 5729042 | | Email/Text: bankruptcy@republicfinance.com | Oct 28 2026 20:22:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5706256 | + | Email/Text: elevate@ebn.phinsolutions.com | Oct 28 2026 20:22:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5706254 | + | Email/Text: bankruptcy@regionalmanagement.com | Oct 28 2026 20:21:00 | Regional Finance, Attn: Bankruptcy, 979 Bateville Rd Ste B, Geer, SC 29651-6819 |
| 5724310 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:13 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5706257 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 28 2026 20:22:00 | Select Portfolio, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5706258 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

| | | | | |
|---|---|---|---|---|
| 5733141 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 28 2026 20:22:00 | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5709088 | + | Email/Text: RASEBN@raslg.com | Oct 28 2026 20:21:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5727122 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 20:21:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Michael William Zegelien trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51277−KMS
**Chapter:** 13

**In re:**

Michael William Zegelien
8023 Curry Rd
Biloxi, MS 39532

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 28, 2026

Danny L. Miller, Clerk of Court